# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3578

_____

MELANIE HOFFMAN,

   Appellant,

v.

HABER SLADE, P.A. and THE
HARTFORD,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
E. Douglas Spangler, Judge.

Date of Accident:  April 12, 2016.

June 21, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bram J. Gechtman of Law Offices of Bram J. Gechtman, P.A., Miami, for Appellant.

Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City, for Appellees.